# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY11 | E 2137598 | Glenday | 113 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 10/08/2025 1349
Offense Charged: ☒ State Code — MTA 21-1124.2 d2

Place of Offense: Porter Street

Offense Description: Factual Basis for Charge
Driver using hand held telephone while operating motor vehicle in motion

### DEFENDANT INFORMATION

Phone: [redacted]
Last Name: Sewell
First Name: Jasmine
M.I.: D
Street Address: [redacted]

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 8FL 7779 | MD | 14 | Niss Alt | Silv |

APPEARANCE IS REQUIRED — A ☐
APPEARANCE IS OPTIONAL — B ☒

Forfeiture Amount: $83
+ $30 Processing Fee
Total Collateral Due: $113

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

Court Address: 1520 Freedman Dr, Frederick, MD 21702
Date: TBD
Time: TBD

X Defendant Signature: [signed]

Original - CVB Copy

*E2137598*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Oct 08, 2025 while exercising my duties as a law enforcement officer in the Ft. Detrick District of Maryland

* See Attached *

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/08/2025   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident